UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nadia Jackson,                                                                 Civ. No. 25-17 (PAM/DJF)

          Plaintiff,

v.                                                                                                    **ORDER**

RARY LLC, d/b/a Teamwrx;
John Poynter; Broadspire;
Co Conduent; Obo Work First
Casualty; Georgia Board of
Workers Compensation; Georgia
Employment Equal Opportunity;
Georgia Commission on Equal
Opportunity; and Terry Tollefson;

          Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster dated February 13, 2025. (Docket No. 4.) The R&R recommends dismissal of this matter without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**;

2. This matter is **DISMISSED without prejudice**; and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Docket No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 13, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge